DUCEY & ASSOCIATES LLC
P.O. Box 220844
Anchorage, AK 99522-0844
Phone: (907) 222-5036
Fax: (907) 222-5026
Email: cld@duceylawak.com

Attorneys for Defendants Asphalt Surfacing, Inc. and
United Fire & Casualty Company Bond No. 54-197210

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| AHTNA DESIGN-BUILD, INC., an Alaska corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>ASPHALT SURFACING, INC., a California corporation, and UNITED FIRE & CASUALTY COMPANY, Bond No. 54-197210,<br><br>        Defendants. | Case Nos. 3:21-cv-00228-SLG<br>               3:22-cv-00219-SLG<br>Consolidated |
| UNITED STATES OF AMERICA FOR THE USE OF ASPHALT SURFACING, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>AHTNA DESIGN-BUILD, INC., an | |

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc., et al.;*Case Nos. 3:21-cv-00228-SLG   Case Nos. 3:21-cv-00228-SLG, 3:22-cv-00219-SLG; *United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc., et al.*
Stipulation to Dismiss with Prejudice                                                                                  Page 1 of 3

Alaska Corporation; GREAT
AMERICAN INSURANCE GROUP,
an Ohio corporation Bond
No. 3348912,

        Defendants.

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Defendants Asphalt Surfacing, Inc. ("ASI"), and United Fire & Casualty Company ("UFCC"), Bond No. 54-197210, by and through counsel, Ducey & Associates LLC, Ahtna Design-Build, Inc., Great American Insurance Group, Bond No. 3348912, by and through counsel, Birch Horton Bittner and Use plaintiff ASI, by and through counsel via its limited entry of appearance by Royce & Brain, stipulate and agree that all claims that were brought or that could have been brought in the consolidated actions are dismissed with prejudice, with each side to bear its own costs and fees.

DATED this 5th day of September, 2025, at Anchorage, Alaska.

        DUCEY & ASSOCIATES LLC
        Attorneys for Defendants
        ASPHALT SURFACING, INC. and
        UNITED FIRE & CASUALTY COMPANY
        Bond No. 54-197210

        /s/ Cynthia L. Ducey
        Alaska Bar No. 8310161

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc., et al.;* Case Nos. 3:21-cv-00228-SLG   Case Nos. 3:21-cv-00228-SLG, 3:22-cv-00219-SLG; *United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc., et al.*
Stipulation to Dismiss with Prejudice        Page 2 of 3

Case 3:21-cv-00228-SLG    Document 185    Filed 09/05/25    Page 2 of 3

| DATED: September 5, 2025 | BIRCH HORTON BITTNER & CHEROT<br>Attorneys for Plaintiff<br>AHTNA DESIGN-BUILD, INC. |
|---|---|
| | /s/ Adam W. Cook<br>Alaska Bar No. 0611071 |
| DATED: September 5, 2025 | ROYCE & BRAIN<br>Attorneys for Use Plaintiff ASI via<br>Limited Entry of Appearance |
| | /s/ Raymond H. Royce III<br>Alaska Bar No. 8206060 |

CERTIFICATE OF SERVICE

I certify that on the 5th day of September, 2025, a copy of the foregoing document was served electronically on:

Adam W. Cook
Arina Filippenko
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage AK 99501
acook@bhb.com
afilippenko@bhb.com
gfontanez@BHB.com
nwood@bhb.com

Raymond H. Royce III
Royce & Brain
3150 C St. Ste 245
Anchorage 99503
rroyce@roycebrain.com

Michael J. Cheng
Berliner Cohen, LLP
Ten Almaden Blvd
Eleventh Floor
San Jose, CA 95113
michael.cheng@berliner.com

/s/ Cynthia L. Ducey
Cynthia L. Ducey

*Ahtna Design-Build, Inc. v. Asphalt Surfacing, Inc., et al.;* Case Nos. 3:21-cv-00228-SLG  Case Nos. 3:21-cv-00228-SLG, 3:22-cv-00219-SLG; *United States for the Use of Asphalt Surfacing, Inc. v. Ahtna Design-Build, Inc., et al.*
Stipulation to Dismiss with Prejudice                                                                 Page 3 of 3